CUYAHOGA COUNTY BAR ASSOCIATION *v.* WILLIAMS.

[Cite as *Cuyahoga Cty. Bar Assn. v. Williams*
(1999), 84 Ohio St.3d 515.]

(No. 98–1227—Submitted September 15, 1998—Decided February 17, 1999.)

*Lester A. Potash* and *Martha H. Krebs,* for relator.

*Mary L. Cibella* and *Charles W. Kettlewell,* for respondent.

---

**Per Curiam.** We have reviewed the record and considered the briefs filed by both parties in response to our show cause order of June 29, 1998. We adopt the findings and conclusions of the board, but impose a lesser sanction. As a result of his violations, respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.